UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-0867-B |
| HISAW & ASSOCIATES GENERAL CONTRACTORS, INC., | § § § | |
| Defendant. | § § § | |

## ORDER

Before the Court is Plaintiff Liberty Mutual Insurance Company's Motion for Leave to

Supplement the Summary Judgment Record (doc. 93).  Having considered the Motion, the Court

finds it should be and hereby is **DENIED** as untimely.  The amended deadline for dispositive motions

was August 20, 2010.  Trial is currently set to begin on November 1, 2010.  Due to the close

proximity of trial and the prejudice that could result from Defendant's denial of an opportunity to

respond to this evidence, the Court finds that supplementation is not proper.  Accordingly, the Court

**ORDERS** that the Motion is **DENIED**.

SO ORDERED.

DATED September 27, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE